# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAN A. VANNATTA | : | DOCKET NO. 04-2352 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## REPORT AND RECOMMENDATION

Presently before the court is Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). [doc. 25]. This matter has been referred to the undersigned magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

By judgment dated April 7, 2006, this matter was remanded for evaluation by a vocational rehabilitation expert. Plaintiff's attorney seeks fees of $ 3,187.50 (25.5 hours at $125/hour).[1] However, the court has tallied counsel's itemized time, and it totals only 25.25 hrs. Thus, the maximum amount that is supported by the record is $ 3,156.25 (25.25 hours at $125/hour). No opposition has been filed, and the time for accomplishing same has expired. (*See*, LR.7.5W, and Notice of Setting Motion [doc. # 26]).

Considering the lack of opposition, and after review of the record, this court concludes that the number of hours claimed is reasonable. Accordingly, it is RECOMMENDED that Plaintiff's application for attorney's fees be granted and that attorney's fees be

---

[1] *See*, Itemization of Services Rendered.

fixed at $ 3,156.25 (25.25 hours at $125/hour).

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21st day of June, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE